# In the United States District Court

Western District Of Arkansas

<u>Fayetteville</u>   Division

Melvin  Sims  JR

115222

*(In the space above enter your full name and Prison ID*
*Number, if any.* **Do not include your Social Security Number***).*

-against-

J. watson = #514, Sergent B. Weingart #437
Corpral J Enbus #360, Johnathan Dixon prosculing
Attorney, Branden T. Carter prosculing Attorney
Ofc Davis #483, Ofc warren #501,
Det. Barnitt #463

*(In the space above enter the full name of each Defendant)*

**Case**

**No. 5:25-cv-05120**

(To be filled out by Clerk's
Office only)

**\*\*AMENDED\*\***
**COMPLAINT**
*(Pro Se Prisoner)*

Jury Demand?

☐ Yes
☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness**
**statements, or any other materials to your Complaint. Any**
**materials other than the Complaint will be returned to you**
**unfiled by the Clerk's Office.**

---

## I.    PLAINTIFF INFORMATION

Melvin  Love  Sims  JR

Name (First, Middle, Last)                                    Aliases

115222

Prisoner ID #, if any

1155 w clysdale Dr    Fayetville Ar, 72701

Place of Detention or Incarceration

1155 W Clydale
Address (*If detained, facility address*)

Washington, Fayetteville        Ar        72701
County, City        State        Zip Code

## II.    PRISONER STATUS

*Check all boxes that apply to you:*

☑ Pretrial detainee (in custody pending new charges)

☐ Convicted and serving a sentence.  Provide Date of Conviction _____.

☐ Convicted and detained pending a parole violation.

☐ Convicted but in custody on new charges.

☐ Other.  Explain.

_____
_____
—

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service.  If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information.  Do not list witnesses.  The jail or detention center is a building and cannot be sued.*

Defendant 1:    Det  Burnitt  #453
        Name (Last, First)

        Detection
        Current Job Title

        Fayetteville  police  Department
        Current Work Address

        Washington  Fayetteville    Ar        72701
        County, City        State        Zip Code

Defendant 2:    J.  Watson
        Name (Last, First)

Police ofc
_____
Current Job Title

Fayetteville Police Dept
_____
Current Work Address

Washington    Fayetteville        Ar              72701
_____
County, City              State              Zip Code


Defendant 3:    Sergent B Wingart #437
_____
Name (Last, First)

Fayetteville Police Dept
_____
Current Job Title

Fayetteville Police
_____
Current Work Address

Washington    Fayetteville        Ar              72701
_____
County, City              State              Zip Code


Defendant 4:    J, Fabus #360
_____
Name (Last, First)

Police ofc
_____
Current Job Title

Fayetteville Police Department
_____
Current Work Address

Washington    Fayetteville        Ar              72nd
_____
County, City              State              Zip Code

Defendant 5: Ofc warren #501
        police officer
        Fayetteville police Dept
        Washington Fayetteville Ar 72701

Defendant 6: Officer Davis #483
        police officer
        Fayetteville police Dept
        washington Fayetteville Ar 72701

Defendant 7: Brandon T Carter
        proscting Attorney
        state Arkansas
        Fayetteville Ar 72701

Defendant 8: Johnaten Oiton
        Deputy Prosecting Attorney
        state Arkansas
        Fayetteville Ar 72701

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the Courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence:    93 W Village Ik Dr

Date(s) of occurrence:    03/09/25 - 03/10/25

Name of Each Defendant Involved:

Det Barnett #453, J. Watson #514, B. Wingart #432, J. Enbus #360, Davis #483, Warren #501, Brandon T. Carter, Johnathan Dixon.

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

4th + 14th Amended rights win violated,

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

| What happened to you? | FACTS: J. Watson #514, B. Wingart #432, J. Enbus #360 Davis #483, warron #501, Barnett #453. They will wrongfully arrested me. The store Clerk said he wanted to Report a Shoplifting nat a Robbery to Ofc J. Watson at 12:39 am 3/9/25 |
|---|---|

**Who did what?**

Det Barnett #453 said he was charging me with Aggravated Robbery because I wouldn't coperate with him. He stated that he knew i only shoplifted the beer.

**How were you injured?**

I was not injured.

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

4th & 14th constitutional Rights. The officers of Fayettville police Department stated they knew i shoplifted the beer. So how am i being charged with shoplifting Aggravated Robbery

**Claim Number 2:**

Place(s) of occurrence:       Arkansas

Date(s) of occurrence: 4-3-25

Name of Each Defendant Involved:

Brandon T Caylor, Johnathan Diton

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

4th + 14th Amendment + Constitutional Rights violated

*State here briefly the FACTS that support your case. Describe how EACH DEFENDANT was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Brandon + Johnathan Both Know they are wrong on the State of Arkansas behalf. They both saw the video from the store there was not any weapon at all.

| | |
|---|---|
| What happened to you? | |
| Who did what? | |
| How were you injured? | |

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐    Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐    Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐    Both Official and Individual capacity

***If you are asserting an official capacity claim***, *please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

N/A

**Claim Number 3:**

Place(s) of
occurrence:     N/A

Date(s) of occurrence:     N/A

Name of Each Defendant Involved:

N/A

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

N/A

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: *N/A*

| | |
|---|---|
| What happened to you? | |
| Who did what? | |
| How were you injured? | |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

*N/A*

_____

_____

_____

_____

_____

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☑ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☑ Other relief (describe below).

*State briefly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

The State can pay Me 300 a day since
5-9-25 for false imprisonment and 300 a
Day for Defamation of character since 5-9-25
This false Aggravated Robbery charge is going
to forever make it hard to get Jobs.
And will follow me all my life. — —

_____

_____

_____

_____

_____

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal Court while a prisoner?                                    ☑ Yes    ☐ No

If yes, how many?    _One_

Have you brought any other lawsuits in state or federal Court **dealing with the same facts as this case**?    ☐ Yes    ☑ No

If yes, how many?    _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), Court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_Melvin Sims JR vs Tim Shepard -_
_sintimental Value Case_
_loss Case_

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## VII.    PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers
may be served.  I understand that my failure to keep a current address on file with the Clerk's
Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison
address.*

6-13-25
_____        _____
Dated                          Plaintiff's Signature

Melvin    Lou's sin Jr
_____
Printed Name (First, MI, Last)

1152 22
_____
Prison Identification #, if any.

1155 w  Clysdah Dr    Fayetteville    Ar    72701
_____
Prison Address         City          State    Zip Code

Melvin Sims 115222
1155 w Clysdale Dr
Fayetteville, Ar 72701-8299

Received WD/AR

JUN 20 2025

U.S. Clerk's Office

WCSO
Detention Facility Mail
0418 - JAIL



United State District Court
35 E. Mountain, Room 510
Fayetteville, Arkansas
72701-8299