# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**MELVIN LOUIS SIMS, JR.**                                                                                       **PLAINTIFF**

V.                              CASE NO. 5:25-CV-5120

**OFFICER J. WATSON,**
**#514 Fayetteville Police Department (FPD);**
**SERGEANT B. WINGART, #437, FPD;**
**DETECTIVE BARNETT, #453, FPD;**
**OFFICER J. FAUBUS, #360, FPD;**
**OFFICER DAVIS, #483, FPD;**
**OFFICER WARREN, #501, FPD;**
**PROSECUTING ATTORNEY JONATHAN DIXON;**
**and PROSECUTING ATTORNEY BRANDON T. CARTER**                  **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 11) filed in this case on July 14, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. The Amended Complaint is **STAYED AND ADMINISTRATIVELY TERMINATED** pending the resolution of Plaintiff's state criminal case. Plaintiff will have thirty (30) days after the final resolution of his pending criminal case to file a Motion to Reopen this case. Failure to file the Motion by this deadline will result in the summary dismissal of this case.

**IT IS SO ORDERED** on this 6th day of August, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE